E-FILED
Wednesday, 04 September, 2019 10:38:34 AM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT
ELEVENTH JUDICIAL CIRCUIT
MCLEAN COUNTY, ILLINOIS

| | |
|---|---|
| ROSALIE HUSKISSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 19-L-42 |
| WALMART, INC., | ) ) ) |
| Defendant. | ) |

### RESPONSES TO REQUEST FOR PRODUCTION

Plaintiff, by her undersigned counsel, responds to Defendant, Walmart Inc.'s Requests for Production as follows:

1) All non-privileged statements of persons having knowledge of the facts relating to the occurrence described in plaintiff's complaint, whether such statement is oral or written, signed or unsigned, or transcribed, taken by or in the possession of the plaintiff or plaintiff's agents, investigators, and attorneys.

    **RESPONSE: Plaintiff has no statements other than those contained in her medical records which are being produced on the dvd enclosed herewith. Investigation and discovery continue.**

2) All medical records and reports, from any doctor, hospital, or other health care professional, in the possession of plaintiff or plaintiff's agents, investigators, and attorneys which pertain to plaintiff.

    **RESPONSE: Medical records from Normal Fire Deoartment, Dr. Kantemneni, Dr. Keller, OSF St. Joseph, Memorial Medical Center, and Dr. Meyer-Cox are produced on the dvd enclosed herewith. Other medical**


EXHIBIT B

records requests remain outstanding. Investigation and discovery continue.

3) All photographs, diagrams, plans, sketches and/or specifications of the scene of the occurrence in question plaintiff's claimed injuries, or any other relevant item.

**RESPONSE: Plaintiff has no responsive items at this time. Investigation and discovery continue.**

4) Plaintiff's federal and state income tax returns, including all W-2 forms, schedules, supporting documents, and attachments, for the five years preceding the date of the occurrence alleged in your complaint to the present date.

**RESPONSE: Plaintiff is not making a wage loss claim and will not be producing tax return information.**

5) All diaries, notes, e-mails, correspondence, computer entries, or other writings or recordings kept by plaintiff concerning the incident alleged in plaintiff's complaint or the injuries or damages allegedly sustained as a result of the incident.

**RESPONSE: Plaintiff has no responsive documents at this time. Investigation and discovery continue.**

6) If plaintiff is claiming a loss of income or earning capacity as a result of the incident alleged in plaintiff's complaint, all records which refer or relate in any manner to attempts by plaintiff to return to work or find alternative work, including applications for employment, resumes, or letters to perspective employers, records of vocational rehabilitation counseling or any written request for assistance in finding work.

**RESPONSE: Plaintiff is not claiming lost income.**

7) All documents which you claim substantiate any element of damages alleged in your complaint.

**RESPONSE:** See documents produced on enclosed dvd. Investigation and discovery continue.

8) An executed copy of each and every authorization attached to this Request for Production. (If plaintiff provides an executed copy of the authorizations attached hereto, a copy of the records collected pursuant to the authorizations will be provided to counsel for plaintiff at no expense).

**RESPONSE: Plaintiff will be happy to sign revised authorizations when they are provided by Defendant.**

9) Any applications submitted to any insurer, government agency, or any other entity for disability insurance or benefits together with all medical records and other documents submitted in support of the claim.

**RESPONSE: Plaintiff has no such documents.**

10) All complaints, petitions, or applications for adjustments of claims in which plaintiff asserted any claim for disability or loss of a normal life.

**RESPONSE: Objection, vague. Plaintiff does not understand this request. Without waiving objection, none.**

As to objection:

*[signature]*

Chase T. Molchin #6304482

11) Any and all documents, photographs, writings, or any evidence whatsoever obtained from social media regarding parties or witnesses to this case, including, but not limited to, Facebook, Twitter, Instagram, Linked-In, etc.

**RESPONSE: Objection. Overly broad, unduly burdensome, invades Plaintiff's privacy. Without waiving objection, none at this time.**

As to objection:

/s/ Chase T. Molchin

Chase T. Molchin #6304482

ROSALIE HUSKISSON, Plaintiff

By:      /s/Chase T. Molchin
           One of her Attorneys

Chase T. Molchin
GINZKEY LAW OFFICE
221 E. Washington St.
Bloomington, IL 61701
(309)821-9707 fax: (309)821-9708
ARDC #6304482
Primary Service: **service@ginzkeylaw.com**
Secondary Service: **chase@ginzkeylaw.com**

## PROOF OF SERVICE

I, certify that on August 7, 2019August 7, 2019 before the hour of 5:00 p.m., I filed the foregoing document on all attorneys of record in the above-captioned matter by e-mail and first class mail.

[*]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109
      I certify that the statements set forth herein are true and correct.

                                                          /s/Chase Molchin